UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MARY HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. 1:13-CV-19 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| TENNESSEE DEPARTMENT OF ) | |
| TRANSPORTATION, *et al.* ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On February 20, 2014 *pro se* Plaintiff Mary Hill ("Plaintiff") moved to amend her complaint to add the State of Tennessee and Governor Bill Haslam as defendants (Court File No. 30). Magistrate Judge William B. Mitchell Carter issued a Report and Recommendation ("R&R") on March 4, 2014 recommending the Court deny Plaintiff's motion because (1) the State of Tennessee is already a party and (2) the complaint makes no specific allegations regarding Governor Haslam in his individual capacity (Court File No. 32). Plaintiff has not filed an objection to the R&R, and the fourteen-day period for doing so has lapsed. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's R&R (Court File No. 32), and Plaintiff's motion is **DENIED** (Court File No. 30).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**